MAY DUNN, Respondent, *v.* STANDARD GAS LIGHT COMPANY OF THE CITY OF NEW YORK, Appellant.

*Dunn* v. *Standard Gas Light Co.,* 170 App. Div. 909, affirmed.
(Argued January 17, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 19, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action under the Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, her employer. Plaintiff, while stooping down to remove from the lowest shelf of a filing cabinet some blank envelopes which it was her duty to address, was struck in the side of the head by a swinging door and received the injuries for which she brought this action. The jury and the Appellate Division have found that the defendant was negligent in maintaining the swinging door so close to the filing cabinet that it must necessarily strike any one standing or stooping at the cabinet to file or remove papers.

*John A. Garver* and *Chauncey B. Garver* for appellant.
*Ernest P. Hoes* and *Charles D. Millard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.